FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2021

No. 04-20-00063-CR, 04-20-00064-CR, 04-20-00065-CR

David M. **MURPHY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4881
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Appellant's motion for an extension of time to file a motion for rehearing is GRANTED. Appellant's motion for rehearing is due on or before **July 26, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court